FILED
United States Court of Appeals
Tenth Circuit

February 25, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| DARLENE COLLINS; BAIL BOND ASSOCIATION OF NEW MEXICO; RICHARD MARTINEZ; BILL SHARER; CRAIG BRANDT; CARL TRUJILLO, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CHARLES W. DANIELS; EDWARD L. CHAVEZ; PETRA JIMENEZ MAEZ; BARBARA J. VIGIL; JUDITH K. NAKAMURA; NEW MEXICO SUPREME COURT; NAN NASH; THE SECOND JUDICIAL COURT; HENRY A. ALAINZ; ROBERT L. PADILLA; BERNALILLO COUNTY METROPOLITAN COURT; JAMES NOEL; BERNALILLO COUNTY; BOARD OF COUNTY COMMISSIONERS, COUNTY OF BERNALILLO, <br><br> Defendants - Appellees. | Nos. 17-2217 & 18-2045 <br> (D.C. No. 1:17-CV-00776-RJ-KK) <br> (D. N.M.) |

_____

**JUDGMENT**

_____

Before **BRISCOE**, **MATHESON**, and **BACHARACH**, Circuit Judges.
_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk